```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 04626
    JOHN B CEASAR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6226

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/28/2008 and was not confirmed.

    The case was dismissed without confirmation 04/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED          .00          .00
HOME LOAN SERVICES INC   CURRENT MORTG       .00          .00          .00
HOME LOAN SERVICES INC   MORTGAGE ARRE  30000.00          .00          .00
CALVARY PORTFOLIO SERVIC UNSECURED       8776.65          .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                       .00
TOM VAUGHN               TRUSTEE                                       .00
DEBTOR REFUND            REFUND                                        .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         --------------     --------------
TOTALS                        .00                .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
      Dated: 07/22/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```